UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | |
|---|---|
| CHARLENE GAMMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 1:21-cv-1951 |
| vs ) | |
| ) | |
| GROUP LONG TERM DISABILITY ) | |
| PLAN FOR EMPLOYEES OF KRONOS ) | |
| INCORPORATED and HARTFORD ) | |
| LIFE AND ACCIDENT INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**COMPLAINT FOR REVIEW OF FINAL DECISION DENYING DISABILITY INSURANCE BENEFITS TO PLAINTIFF**

Comes now the Plaintiff, Charlene Gammon, by counsel, Melissa A. Davidson, and for her complaint for Damages against Defendants, Group Long Term Disability Plan for Employees of Knonos Incorporated ("the Plan") and Hartford Life and Accident Insurance Company ("Hartford") states as follows:

**I. Parties and Jurisdiction**

1. That Plaintiff is a citizen of the State of Indiana residing in Marion County.

2. That Defendant, the Plan, is a welfare benefit plan for the employees of Kronos Incorporated, a for-profit foreign corporation doing business in the State of Indiana.

3. That Defendant, Hartford, is an insurance company doing business in the State of Indiana.

4. Hartford issued the disability policy to the Plan that promises to pay disability benefits to employees if they are unable to work due to injury or illness.

5. Hartford is a fiduciary of the Plan.

6. Hartford processed and denied Plaintiff's disability claim.

7. Hartford is both the claims adjudicator and payer of this claim.

8. Hartford benefits financially from denying Plaintiff's claim.

9. Hartford has a conflict of interest in this claim.

10. That this court has jurisdiction pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1).

## II. Factual Allegations

11. That Plaintiff was an employee of Kronos Incorporated, who has business operations at 403 S. Noble Street, Shelbyville, Indiana 46176. Plaintiff worked remotely as sales & service operations support staff and she was a participant in the Plan.

12. That Plaintiff applied for long-term disability benefits and after a period of payments was denied continuing benefits under the aforementioned insurance policy on or about December 11, 2019.

13. That Plaintiff administratively appealed this denial, as she suffers from numerous medical impairments that qualify her for continuing benefits under the terms of the Plan.

14. That Defendants have wrongfully refused to award Plaintiff continuing disability benefits and wrongfully withheld monies rightfully due Plaintiff as a disabled insured participant under her policy and the Plan.

15. Defendants' decision denying her disability benefits was arbitrary and capricious.

16. That as a result of Defendants' conduct, Plaintiff has been denied benefits rightfully due her under the Plan and has incurred Attorney fees in order to rectify the harm done to her.

WHEREFORE, Plaintiff herein, by counsel, respectfully prays for judgment against the Defendants, with interest, in an amount commensurate with her past due benefits, interest, reinstatement of her benefits, for Attorney fee reimbursement, and for all other just and proper relief in the premises.

Respectfully submitted,

_/s/ Melissa A. Davidson_____
Melissa A. Davidson
CHARLES D. HANKEY LAW OFFICE, PC
434 E. New York Street
Indianapolis, IN  46202
(317) 634-8565
(317) 634-9818
mdavidson@hankeylaw.com